ROBERT LINDSAY, Plaintiff, v. L. O. HATCH, Defendant.

Injunction : VIOLATION: CONTEMPT.

THURSDAY, MAY 26, 1892.

PROCEEDING by *certiorari* to test the legality of an order refusing to punish and discharging a person accused of a contempt.

*A. Chapin*, for plaintiff.

No appearance for defendant.

KINNE, J.   This cause involves the same questions as are presented in *Lindsay v. Hatch, ante*, page 332, (decided at this term) and, following it, it will be REVERSED.